| | |
|---|---|
| 1 | PAMELA E. COGAN (SBN 105089) |
| | BLAKE J. RUSSUM (SBN 258031) |
| 2 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | 1001 Marshall Street, Suite 500 |
| 3 | Redwood City, CA 94063-2052 |
| | Telephone: (650) 364-8200 |
| 4 | Facsimile: (650) 780-1701 |
| | Email: pamela.cogan@rmkb.com |
| 5 | blake.russum@rmkb.com |

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE OLDEN, an individual, | CASE NO. 3:17-cv-03934-WHO |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | |
| Defendant. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**IT IS HEREBY STIPULATED** by and between the Plaintiff, CHARLENE OLDEN, and Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own fees and costs.

All signatories to this Stipulation, and all parties on whose behalf the filing is submitted, concur with the Stipulation's content and have authorized its filing.

| | | |
|---|---|---|
| Dated: January 25, 2018 | | ROPERS, MAJESKI, KOHN & BENTLEY |

By: */s/ Blake J. Russum*
PAMELA E. COGAN
BLAKE J. RUSSUM
Attorneys for Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

Dated: January 25, 2018     DONAHUE & HORROW, LLP

By: */s/ Michael B. Horrow*
MICHAEL B. HORROW
DONNA M. PUYOT
Attorneys for Plaintiff

## **ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation for Dismissal of Action with Prejudice and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties. Each party shall bear its own attorney's fees and costs.

Dated: January 26, 2018

_____
United States District Judge